

**R. J. DURKEE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11069.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

H. Melvin Roberts, Cleveland, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, Rollin H. Transue, Ellis N. Slack, and Irving I. Axelrad, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, and on consideration thereof,

It is ordered and adjudged that the decision of the Tax Court entered October 6, 1949, be and the same is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the Tax Court entered August 15, 1949.

**Irene McSHANE, Appellant, v. John V. MOLDOVAN et al., Appellees.**

No. 10996.

United States Court of Appeals
Sixth Circuit.

April 14, 1950.

Davidson & Theut, Detroit, Mich., for appellant.

O. W. Johnson, Ecorse, Mich., Emil Wm. Colombo, Detroit, Mich., for appellees.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and oral argument of counsel for appellant, and of counsel for Moldovan and Lovack, Jr.; upon consideration whereof the court is of the opinion that there is no reversible error on the record.

It is therefore ordered and adjudged that the judgment appealed from and entered in the District Court on June 2, 1949, be and the same is in all things affirmed.

See also, 6 Cir., 172 F.2d 1016.

**STEEL TRANSPORTATION COMPANY, Appellant, v. Anastazia KAZANOWSKI, Adm'x, Appellee.**

No. 11035.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

Carl F. Davidson, Detroit, Mich., for appellant.

Davidow & Davidow, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the briefs and record and oral argument of counsel;

And it appearing that the principal questions presented arise out of issues of fact which were properly presented to the jury; Kerns v. Lewis, 249 Mich. 27, 30, 227 N. W. 727; Breger v. Feigenson Bros. Co., 264 Mich. 37, 41, 249 N.W. 493; Phillips v. Fotheringham, 277 Mich. 566, 571, 269 N. W. 600; Reitenga v. Kalamazoo Creamery Co., 288 Mich. 161, 165, 284 N.W. 683; and that the verdict is supported by substantial evidence;

And it appearing that the District Court correctly charged the jury upon the appli-

cable law, and that no error is assigned to the charge;

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed.

**STEEL TRANSPORTATION COMPANY, Appellant, v. Ben WINIARSKI, Jr., by Ben Winiarski, his next friend, Appellee.**

No. 11036.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

Carl F. Davidson, Detroit, Mich., for appellant.

Davidow & Davidow, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the briefs and record and oral argument of counsel;

And it appearing that the principal questions presented arise out of issues of fact which were properly presented to the jury; Kerns v. Lewis, 249 Mich. 27, 30, 227 N. W. 727; Breger v. Feigenson Bros. Co., 264 Mich. 37, 41, 249 N.W. 493; Phillips v. Fotheringham, 277 Mich. 566, 571, 269 N. W. 600; Reitenga v. Kalamazoo Creamery Co., 288 Mich. 161, 165, 284 N.W. 683; and that the verdict is supported by substantial evidence;

And it appearing that the District Court correctly charged the jury upon the applicable law, and that no error is assigned to the charge;

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed.

**R. RUTHENBURG, Suing for Himself, etc., v. THE LOUISVILLE TRUST COMPANY and Chemical Bank & Trust Company.**

No. 11125.

United States Court of Appeals
Sixth Circuit.

April 6, 1950.

R. Ruthenburg, Louisville, Ky., and W. C. Edrington, Louisville, Ky., for appellants.

Ogden, Galphin & Abell, Louisville, Ky., and Blakey Helm, Louisville, Ky., for appellees.

Before HICKS, Chief Judge, and McALLISTER, Circuit Judge.

PER CURIAM.

Pursuant to motion of appellant, it is ordered that this appeal be and the same is hereby dismissed.

**Joseph VIGLIOTTI, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellee.**

No. 11008.

United States Court of Appeals
Sixth Circuit.

April 12, 1950.

Samuel H. Rubin, Detroit, Mich., for appellant.

Sanford S. Simms, Cleveland, Ohio, Ed. Dupree, General Counsel, Hugh V. Prucha, Asst. General Counsel, Washington, D. C., and Cecil H. Lichliter, Washington, D. C., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.